# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| WESTGATE FINANCIAL CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action File No.: 1:09-CV-2627 |
| v. | ) ) | |
| COTSWOLD INDUSTRIES, INC.; COTSWOLD NON-WOVEN RETAIL, LLC; EXPERT STITCH, LLC; HTCW, INC.; and JEREMY A. MOULTON, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## PLAINTIFF'S MOTION TO STRIKE CERTAIN AFFIRMATIVE DEFENSES AND PORTIONS OF DEFENDANTS COTSWOLD INDUSTRIES, INC.'S AND COTSWOLD NON-WOVEN RETAIL, LLC'S AND DEFENDANT <u>JEREMY A. MOULTON'S ANSWERS</u>

Plaintiff Westgate Financial Corporation ("Plaintiff") respectfully requests

the Court to enter an order to strike Cotswold Industries, Inc.'s and Cotswold Non-

Woven Retail, LLC's ("Cotswold Defendants") and Defendant Jeremy A.

Moulton's ("Moulton") (hereinafter collectively referred to as ("Defendants")

affirmative defenses and portions of Defendants' Answers filed on October 19,

2009.

AT1 32596266.2

The bases for Plaintiff's Motion are set forth more fully in the accompanying Memorandum of Law, which is incorporated herein.  For those reasons, Plaintiff respectfully asks the Court to enter an order to strike Defendants' affirmative defenses and portions of Defendants' Answers.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1D

We certify that the foregoing *Plaintiff's Motion to Strike Certain Affirmative Defenses and Portions of Defendants Cotswold Industries, Inc.'s and Cotswold Non-Woven Retail, LLC's and Defendant Jeremy A. Moulton's Answers* uses Times New Roman 14 point, as approved by the Northern District of Georgia in Local Rule 5.1.

Respectfully submitted, this 12th day of November, 2009.

**SEYFARTH SHAW LLP**


By    /s/ *Clifton B. Welch*
      Clifton B. Welch
      Georgia Bar No. 746802
      cwelch@seyfarth.com
      Erika C. Birg
      Georgia Bar No. 058140
      ebirg@seyfarth.com
      1545 Peachtree Street, N.E.
      Suite 700
      Atlanta, GA  30309-2401
      Telephone:  (404) 885-1500
      Facsimile:  (404) 892-7056

2

## CERTIFICATE OF SERVICE

I certify that on November 12th, 2009, I electronically filed the foregoing

*Plaintiff's Motion to Strike Certain Affirmative Defenses and Portions of*

*Defendants Cotswold Industries, Inc.'s and Cotswold Non-Woven Retail, LLC's*

*and Defendant Jeremy A. Moulton's Answers* with the Clerk of Court using the

CM/ECF system which will automatically send e-mail notification of such filing to

the following counsel of record:

Jeffrey D. Horst, Esq.
Douglas P. Krevolin, Esq.
David Sirna, Esq.
KREVOLIN & HORST, LLC
One Atlantic Center
1205 West Peachtree Street, NW
Suite 3250
*Atlanta, GA  30309*
*Counsel for Cotswold Industries and*
*Cotswold Non-Woven Retail*

Johannes S. Kingma, Esq.
William D. Newcomb, III, Esq.
CARLOCK, COPELAND & STAIR, L.L.P.
2600 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, GA  30303

*Counsel for Jeremy A. Moulton*

Greg K. Hecht, Esq.
Jon W. Jordan, Esq.
HECHT, MACK & HARRIS
205 Corporate Center Drive, Suite B
Stockbridge, GA  30281

*Counsel for Expert Stitch, LLC*

I further certify that on November 12th, 2009, I sent a true and correct copy

of the foregoing ***Plaintiff's Motion to Strike Certain Affirmative Defenses and***

***Portions of Defendants Cotswold Industries, Inc.'s and Cotswold Non-Woven***

***Retail, LLC's and Defendant Jeremy A. Moulton's Answers*** via U.S. Mail,

postage applied to ensure delivery, addressed to the following:

Chief Executive Officer
HTCW, Inc.
2000 Jabco Boulevard
Lithonia, GA  30058

By/s/ *Clifton B. Welch*
Clifton B. Welch
Georgia Bar No. 746802
*Attorneys for Plaintiff*
*Westgate Financial Corporation*

2

AT1 32596266.2